

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-24-00293-CR

Miranda **CASAREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR4915B
Honorable Kristina Escalona, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA, AND JUSTICE
BRISSETTE

In accordance with this court's opinion of this date, the trial court's judgment is
AFFIRMED.

SIGNED June 25, 2025.

_____
Rebeca C. Martinez, Chief Justice